# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:  Debtor(s)                                    )
                                                     )   Case No. 16-24694
TONY J WHITAKER and CAROLE S WHITAKER                )
                                                     )

## FINAL PRETRIAL ORDER

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this Order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

The deadline for discovery to be completed by the parties in this matter is July 28, 2017.

Counsel for all parties are hereby ordered to confer and together prepare and file with the Court on or before **September 13, 2017**, a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts which are in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds;
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties a copy, and the Court **two** copies, of all exhibits to be used at trial. Each exhibit will be pre-marked, *e.g.*, "Debtor's Exhibit 1." The Court will not consider any exhibit as evidence unless that exhibit has been offered and admitted into evidence at the trial, even if no objections to the exhibit have been raised in the Pretrial Statement.

Trial is set for **September 27, 2017**, at **10:30 a.m.** in Courtroom 615, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois. An attorney who is a member of the trial bar under the provisions of Rule 2090-1(B) of the Local Rules of this Bankruptcy Court shall participate in the trial.

ENTER:

Dated: 5/26/17

_Janet S. Baer_
United States Bankruptcy Judge